**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW S. MACKEY,<br>INGER L. JENSEN,<br><br>          **Defendants.** | 1:10-cr-310-WSD-JFK |

### ORDER RESETTING TRIAL DEADLINES

On April 18, 2011, the Court granted Defendant Jensen's unopposed motion for continuance of trial until August 15, 2011. This case is placed on the Court's August 15, 2011 Trial Calendar. The following filing schedule shall govern the processing of this case for trial:

    1. May 30, 2011: Parties required to file motions in limine and motions to exclude evidence or testimony.

    2. June 6, 2011: Parties required to file responses to motions.

    3. June 20, 2011: Parties required to file replies to responses to motions.

    4. Pretrial conference date: Tuesday, August 2, 2011, at 9:30 a.m.

    5. August 15, 2011, at 9:30 a.m.: Trial

Any party requiring the assistance of an interpreter at trial must notify the Court immediately.

**Five (5) business days prior** to the **pretrial conference**, parties shall submit to the Court their proposed voir dire questions. Before proposing voir dire questions to the Court, the parties shall go to the district court's website at www.gand.uscourts.gov. On the home page, locate the Attorney Information link which will direct you to Preparation for a Civil and/or Criminal Trial Before Judge Duffey. Here, the Court has provided its standard Qualifying Questions and Background Jury Questions to be asked of prospective jurors at trial. Please do not duplicate these questions in your proposed voir dire.

For trial management purposes, each party also will submit to the Court a list of witnesses each party intends to call in their case in chief.

**Two (2) business days after** the pretrial conference, each party shall deliver to the Court the following:

1. Requests to charge. Requests to charge are required only with respect to the legal issues specific to the case being tried. The Court uses the Eleventh Circuit Pattern Instructions for general matters (e.g. burden of proof, direct and circumstantial evidence, expert testimony). A copy of the Court's Standard Jury

Instructions can be found on the district court's website at www.gand.uscourts.gov. On the home page, locate the <u>Attorney Information</u> link which will direct you to <u>Preparation for a Civil and/or Criminal Trial Before Judge Duffey</u>, where you will find the Court' standard instructions. If a party requests the Court to consider a change to a pattern instruction or a general matter, the request may be made by submitting a request to charge indicating clearly how the party requests the pattern charge to be altered. The original proposed charges shall be filed with the Clerk of Court, one copy shall be provided to opposing counsel and two copies shall be provided to our chambers. Copies provided to our chambers shall include, behind each request, a copy of all cited authority pertaining to the request. Any objections to requests to charge filed by another party shall be filed within three (3) days following the requests to charge being filed.

    2. <u>Proposed verdict form</u>. A proposed verdict form shall be submitted by each party.

    **<u>Trial matters</u>**

    1. <u>Counsel statements</u>. Opening statements are limited to fifteen (15) minutes per side. Closing arguments are limited to thirty (30) minutes per side. Parties requesting more time for these presentations must seek leave at the pretrial

conference.

2. <u>Efficient use of jury time</u>.  When the jury is in the courtroom, it is the Court's and the litigants' responsibility to use the jury's time efficiently.  If matters need to be taken up outside the presence of the jury, they should be raised during breaks or before the start or after conclusion of the trial day.

3. <u>Equipment admission order.</u>

Anything a party wants to bring into the courthouse in connection with a case, including boxes of documents, exhibits, demonstrative exhibits, displays, laptops or laptop projectors, shall submit to the Court an order identifying with specificity the materials requested to be brought into the building.

If you have any questions about this trial notice or preparation for trial, you may contact Jessica Birnbaum, the Court's Courtroom Deputy Clerk, by telephone at (404) 215-1484 or by e-mail at jessica_birnbaum@gand.uscourts.gov.

**SO ORDERED** this 2nd day of May, 2011.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE