IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ANDREW S. MACKEY and
INGER L. JENSEN,
            **Defendants.**

1:10-cr-310-WSD

## ORDER

This matter is before the Court on Defendant's request for an *in camera* review of the Presentence Reports ("PSR") prepared for the use in the sentencing proceedings of Gerald M. Shaw in the United States District Court for the Central District of California and Ray Allen Benton in the United States District Court for the District of Oregon. Having reviewed the reports for information relating to Defendant Andrew Mackey in this action, the Court requires the Government to disclose the following portions of the Presentence Reports:

> Gerald Shaw PSR: Paragraph 24 and paragraph 99, but only to the extent paragraph 99 relates to Defendant. The other names and amounts should be redacted from the paragraph.

> Ray Allen Benton PSR: Paragraph 81, but limited to the third sentence and the name "Andrew Mackey" and the amount that corresponds with this name.

**SO ORDERED** this 3rd day of May, 2012.

                                                                  _____
                                                                  WILLIAM S. DUFFEY, JR.
                                                                  UNITED STATES DISTRICT JUDGE