FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 26 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
v.

1:10-cr-0310-WSD

ANDREW S. MACKEY,
  Defendant.

## DEFENDANTS NOTICE OF APPEAL

COMES NOW, Andrew S. Mackey, Defendant herein, by ProSe, and respectfully Files this, Motion to Appeal District Courts, Order and Opinion, moving this honorable Court to grant him a new order in this matter and shows the following:

Andrew S. Mackey ProSe
#72284053
U.S.P. Atlanta Penitentiary
P.O. Box 150160
Atlanta, G.A. 30315