# IN THE UNITED STATES COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUL 26 2012
JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

UNITED STATES OF AMERICA,

v.   1:10-cr-0310 WSD

ANDREW S. MACKEY
Defendant

## MOTION TO EXPEDITE THE APPEAL

COMES NOW, Andrew S. Mackey, defendant herein, Pro Se and respectfully files this Motion to Expedite The Appeal, to grant him expedited relief, in this matter and shows the following.

## CIRCUMSTANCE

Defendant Mackey has a co-defendant which is his wife defendant Jensen. Defendant Jensen's mother (defendant Mackey's mother-in-law) passed away on Monday July 23, 2012. Defendant Jensen after being convicted after trial was sent home to take care of all the

Children and grandchildren. Defendant Mackey need to be home so that his wife defendant Jensen can have the support that she need mentally, emotionally, and physically and spiritually that only a spouse can give. Defendant Jensen need to make arraignments for her mother and to be able to mourn at a time that she can barely take care of herself, more less a house full of children and grandchildren. Defendant respectfully moves this court to EXPEDITE MOTION TO APPEAL.

Respectfully
Andrew S Mackey PRO se
#72284053
USP ATLANTA Penitentiary
ATLANTA, G.A 30315

Andrew S. Mackey